## UNIQUE COUPONS, INC., Plaintiff–Appellee,

v.

## NORTHFIELD CORPORATION, Defendant–Appellant.

No. 01–1425.

United States Court of Appeals, Federal Circuit.

May 20, 2002.

## PROPOSED ORDER

It is hereby ordered that the above appeal is dismissed with prejudice, the motion for sanctions is dismissed, and the parties shall bear their own costs and attorney's fees.

## WATSON PHARMACEUTICALS, INC. and Danbury Pharmacal, Inc., Plaintiffs–Appellants,

v.

## Bernard A. SCHWETZ, D.V.M, Ph.D, Acting Principal Deputy Commissioner, U.S. Food and Drug Administration, Defendant–Appellee,

and

## Bristol–Myers Squibb Company, Defendant–Appellee.

No. 01–1285.

United States Court of Appeals, Federal Circuit.

May 20, 2002.

ON MOTION

## ORDER

Bristol–Myers Squibb Co., Watson Pharmaceuticals, Inc. and Danbury Pharmacal, Inc. move jointly to voluntarily dismiss with prejudice. The Acting Principal Deputy Commissioner consents.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The unopposed motion to dismiss is granted.

(2) The motion to transfer is moot.

(3) All sides shall bear their own costs.